Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000772
20-NOV-2018
09:31 AM

NO. CAAP-18-0000772

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
RICHARD ELINE, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1PC121001492 and CR. NO. 1PC151001201)


ORDER APPROVING THE NOVEMBER 5, 2018
STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed November 5, 2018, by Defendant-Appellant Richard C. Eline (Eline), the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(c), the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) attached to the stipulation is Eline's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c); and (5) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 20, 2018.

Chief Judge

Associate Judge

Associate Judge